UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEXTER GATBONTON, ) | |
| ) | Case No.: 2:12-cv-02110-GMN-RJJ |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JANET NAPOLITANO, *et al.*, ) | |
| ) | |
| Respondents. ) | |

According to the Motion to Dismiss (ECF No. 2) filed herein, this is an action erroneously opened by the Clerk of the Court when a courtesy copy of the petition in another action was construed as an original petition opening a new case. *See id.* The petition has not been served by the Court and no appearance has been made by respondents. Based on this representation and good cause appearing, the Motion to Dismiss (ECF No. 2) is **GRANTED.** The Clerk shall close this action.

**IT IS SO ORDERED**.

Dated this 18th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

1